**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6644**

_____

MICHAEL ALONZA RUFUS,

               Petitioner - Appellant,

    v.

WARDEN,

               Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00977-PTG-IDD)

_____

Submitted:  March 29, 2024                         Decided:  April 29, 2024

_____

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Alonza Rufus, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus, a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition without prejudice and denying reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Rufus v. Warden*, No. 1:22-cv-00977-PTG-IDD (E.D. Va. May 3, 2023; Nov. 22, 2022); *see also Boumediene v. Bush*, 553 U.S. 723, 793 (2008); *Stack v. Boyle*, 342 U.S. 1, 6-7 (1951); *Timms v. Johns*, 627 F.3d 525, 530-31 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Rufus filed the 28 U.S.C. § 2241 petition and motion to reconsider while his appeal of the district court's criminal judgment revoking his supervised release and imposing a prison sentence was pending. We have since affirmed the criminal judgment. *See United States v. Rufus*, No. 22-2161, 2023 WL 6567886 (4th Cir. Oct. 10, 2023).